# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Western Division

Morgan Kukovec

                          Plaintiff,

v.                                              Case No.: 3:22−cv−50083
                                                                  Honorable Iain D. Johnston

The Estee Lauder Companies, Inc.

                          Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Eastern Division − Chicago. (jp, )